JOSEPH SALVATORE v. CHRISTIAN FEIGENSPAN, A
CORPORATION, ET AL.

Decided November 7, 1923.

**Negligence—Automobile Collision—Examination of Testimony
Shows Verdict Against Weight of Evidence.**

On defendants' rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices SWAYZE
and TRENCHARD.

For the rule, *William E. Holmwood.*

*Contra, Kelsey & Ludwig.*

PER CURIAM.

The plaintiff, a boy twenty years of age, sued to recover
for injuries received by him through the collision of an auto-
mobile truck belonging to the defendant Feigenspan and a
motorcycle upon which the plaintiff was riding. The accident
occurred in Jersey City in broad daylight. The truck was be-
ing driven along Summit avenue, traveling north. The pur-
pose of the driver of the truck was to turn to his left at the
intersection of that street with Jewett avenue. As he was
doing this the plaintiff, who was traveling along Summit
avenue on his motorcycle in a southerly direction, undertook
to cross in front of the truck as a result of which the collision
occurred. The jury found a verdict in favor of the plaintiff.

Our examination of the testimony sent up with the rule
satisfies us that the verdict is very plainly against the clear
weight of the evidence both on the finding of negligence on
the part of the driver of defendant Feigenspan's truck and
the finding of the absence of negligence on the part of the
plaintiff.

For this reason the rule to show cause will be made absolute.